STATE OF NEBRASKA, APPELLEE, V. ROGER BUSS, APPELLANT.

222 N. W. 2d 113

Filed October 3, 1974. No. 39455.

T. Clement Gaughan and Robert I. Eberly, for appellant.

Clarence A. H. Meyer, Attorney General, and Harold Mosher, for appellee.

Heard before WHITE, C. J., SPENCER, BOSLAUGH, McCOWN, NEWTON, CLINTON, and BRODKEY, JJ.

CLINTON, J.

Defendant pled guilty to a charge of possession of a controlled substance. He was sentenced on December 21, 1973. An examination of the transcript shows that the notice of appeal was not filed until February 5, 1974.

"Where a notice of appeal is not filed within 1 month from the entry of the judgment or final order appealed from as required by section 25-1912, R. R. S. 1943, this court obtains no jurisdiction to hear the appeal, and the appeal must be dismissed." State v. Howell, 188 Neb. 687, 199 N. W. 2d 21.

APPEAL DISMISSED.